UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>C. RODRIGUEZ, et al.,<br><br>　　　　　Defendants. | **1:20-cv-00763-DAD-GSA-PC**<br>**Appeal No. 20-16655**<br><br>**ORDER FOR CLERK TO SERVE PLAINTIFF'S RESPONSE FILED ON SEPTEMBER 2, 2020, UPON NINTH CIRCUIT COURT OF APPEALS**<br>**(ECF No. 15.)** |

　　　　Guillermo Trujillo Cruz ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.  This case was dismissed by the district court on August 11, 2020.  (ECF No. 10.)  On August 21, 2020, Plaintiff appealed the dismissal to the Ninth Circuit Court of Appeals and the appeal was assigned case number 20-16655.  (ECF Nos. 12, 14.)

　　　　Plaintiff was billed by the district court $505.00 filing fees due for the appeal.  (ECF No. 13-2.)  On September 2, 2020, Plaintiff filed a response.  (ECF No. 15.)

　　　　The Clerk of Court is directed to serve Plaintiff's September 2, 2020 response upon the Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

　　Dated:　**September 5, 2020**　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE