UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>C. RODRIGUEZ, et al.,<br><br>　　　　　Defendants. | **1:20-cv-00763-DAD-GSA-PC**<br><br>**ORDER STRIKING DOCUMENT PURSUANT TO COURT ORDER**<br><br>**(ECF No. 24.)** |

　　Pursuant to the court's order issued on December 21, 2020, in which the court ordered that no further filings will be entertained in this closed case, IT IS HEREBY ORDERED that Plaintiff's motion filed on May 20, 2021, is stricken from the record.

IT IS SO ORDERED.

　Dated: __**May 22, 2021**__　　　　　__/s/ Gary S. Austin__
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE